vision, First Department. May 8, 1914.) Action by Clotilde R. Keller and others, as executors and trustees, etc., against Hugo P. Keller. W. G. Phillipeau, of New York City, for appellants. W. H. Hamilton, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 154 App. Div. 919, 139 N. Y. Supp. 87.

KELLOGG v. WILNER CONST. CO. et al. (Supreme Court, Appellate Division, Second Department. April 24, 1914.) Action by Rawdon W. Kellogg against the Wilner Construction Company and others.

PER CURIAM. Motion denied, on condition that appellant pay $10 costs within five days after the entry of this order, and either print the exhibits in full, or procure an order of the court at Special Term dispensing with the printing of such exhibits in full, perfect his appeal, place the case on the May calendar, and be ready for argument when reached; otherwise, motion granted, with costs.

KELLY, Respondent, v. FARMERS' & CITIZENS' CO-OP. MARKET, Inc., Appellant. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by William W. Kelly against the Farmers' & Citizens' Co-operative Market, Incorporated. No opinion. Judgment and order of the County Court of Dutchess County affirmed, with costs.

KELLY v. KREMM et al. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Elizabeth A. Kelly against Rachel J. Kremm and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. For opinion of court at Special Term, see 78 Misc. Rep. 576, 138 N. Y. Supp. 626.

KETTLER, Appellant, v. McDERMOTT DAIRY CO., Respondent. (Supreme Court, Appellate Division, First Department. May 29, 1914.) Action by Fred Kettler against the McDermott Dairy Company. T. F. Kuper, of New York City, for appellant. W. B. Davis, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

KING, Appellant, v. NEW YORK TRANSP. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by James King, as administrator, etc., against the New York Transportation Company. R. J. Donovan, of New York City, for appellant. F. H. Gerrodette, of Brooklyn, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

KINNEY, Appellant, v. KINNEY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. April 29, 1914.) Action by John L. Kinney against John W. Kinney and another.

PER CURIAM. Judgment affirmed, with costs. See, also, 152 App. Div. 951, 137 N. Y. Supp. 1125.

LAMBERT, J., dissents.

KINSELLA, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 11, 1914.) Action by Jennie Kinsella against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

KLEIN, Appellant, v. STORCH et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by John Klein, as trustee in bankruptcy of Samuel Gallin, against Joseph Storch and another. No opinion. Judgment affirmed, with costs.

KLEINMAN v. CITY OF NEW YORK. (No. 5842.) (Supreme Court, Appellate Division, First Department. May 22, 1914.) Appeal from Trial Term, New York County. Action by Freda Kleinman, an infant, etc., against the city of New York. From a judgment for plaintiff, and an order denying a new trial, defendant appeals. Judgment and order reversed, and complaint dismissed. Clarence L. Barber, of New York City, for appellant. Nathan H. Stone, of New York City, for respondent.

PER CURIAM. The evidence failed to show that the city of New York was guilty of any negligence in maintaining the seats in the condition in which they were, or that the condition of the seats was the proximate cause of the plaintiff's injury. It follows that the judgment and order appealed from must be reversed, with costs, and the complaint dismissed, with costs.

KLINE BROS. & CO., Appellant, v. HANOVER FIRE INS. CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Kline Bros. & Co. against the Hanover Fire Insurance Company of New York. F. M. Czaki, of New York City, for appellant. R. L. Hoguet, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. See Kline v. Hanover Fire Ins. Co.. 155 App. Div. 929, 140 N. Y. Supp. 1130; Royal Ins. Co. v. Kline Bros., 198 Fed. 468, 117 C. C. A. 228. Order filed.

KNUDSON, Appellant, v. C. S. BUELL CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 17, 1914.) Action by Peter Knudson against the C. S. Buell Company. No opinion. Judgment and order unanimously affirmed, with costs.

KOENIG, Appellant, v. GREAT ATLANTIC & PACIFIC TEA CO., Respondent. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Daniel Koenig against the Great Atlantic & Pacific Tea Company. R. L. Cherurg, of New York City, for appellant. W. H. Peck, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KORNBLUM, Respondent, v. HARRISON ST. COLD STORAGE CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by Samuel